UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGIE KNOST, LLC,

        Plaintiff,

-against-

LIBERTY ALLIANCE REAL ESTATE GROUP LLC.,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/2020
```

20 Civ. 4288 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The initial pretrial conference scheduled for October 15, 2020, is ADJOURNED *sine die*.

SO ORDERED.

Dated: October 9, 2020
       New York, New York

                                            ANALISA TORRES
                                     United States District Judge