```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
ANGIE KNOST, LLC,

                Plaintiff,

-against-

LIBERTY ALLIANCE REAL ESTATE GROUP LLC.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2020
```

20 Civ. 4288 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed Plaintiff's motion for default judgment, ECF Nos. 21–23, the Court concludes that the motion fails to comply with Attachment A to the Court's Individual Practices in Civil Cases, which requires, among other things, an "affidavit or declaration <u>signed by a **party** with personal knowledge</u>" (emphasis added).

    Accordingly, by **November 5, 2020**, Plaintiff shall re-submit materials for default judgment in accordance with Attachment A to the Court's Individual Practices.

    SO ORDERED.

Dated: October 21, 2020
       New York, New York

                                            ANALISA TORRES
                                United States District Judge