# RATH YOUNG PIGNAT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2021

R. Terry Parker, Esquire
Attorney at Law
rtp@rathlaw.com
DD (603) 410-4338

September 2, 2021

**VIA ECF**

Honorable Analisa Torres
United States District Court Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Courtroom 15D
New York, New York 10007-1312

Re: **Angie Knost LLC. v. Liberty Alliance Real Estate Group LLC.**
**Docket No. 1:20-cv-04288**

Dear Judge Torres:

We represent the plaintiff Angie Knost LLC ("Plaintiff") in the above-referenced action against the defendant Liberty Alliance Real Estate Group LLC ("Defendant"). The parties' telephonic conference regarding Defendant's default is currently scheduled for September 15, 2021, at 1:00 p.m. We write to request that the conference be continued to a later date and time convenient to the Court. Counsel for Plaintiff has a scheduling conflict with another matter, *Lickerish Ltd. v. Auction Holdings, Inc.*, Civil Action 1:21-10113, pending before the District of Massachusetts, in which the Court has ordered an in-person conference and has further ordered that "counsel may be given a continuance only if actually engaged on trial." The undersigned counsel had anticipated the parties in the Massachusetts matter would have settled their dispute by now. Unfortunately, settlement discussions have not progressed in that case. Accordingly, Plaintiff requests the hearing regarding Defendant's default be continued to a later date and time convenient for the court.

GRANTED. The conference scheduled for September 15, 2021, is ADJOURNED to **September 21, 2021**, at **10:30 a.m.**

SO ORDERED.

Dated: September 3, 2021
New York, New York

*[signature]*

**ANALISA TORRES**
United States District Judge