USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/2021

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

ANGIE KNOST LLC.,

    Plaintiff,

v.

LIBERTY ALLIANCE REAL ESTATE GROUP LLC,

    Defendant.

Case No.: 1:20-cv-04288

---

## DEFAULT JUDGMENT

This action having been commenced on June 5, 2020, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Liberty Alliance Real Estate Group LLC, on July 8, 2020 by delivering to and leaving with Sue Zouky an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service paid said Secretary of State a fee of forty dollars, Proof of service having been filed on August 5, 2020 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired,

It is ORDERED, ADJUDGED, AND DECREED that Plaintiff shall be awarded statutory damages in the amount of $10,000, plus costs and disbursements of this action in the amount of $400, amounting to a total of $10,400, for the reasons stated on the record.

SO ORDERED.

Dated: September 21, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge